Certificate Number: 05781-PAE-DE-033877590

Bankruptcy Case Number: 19-17300



05781-PAE-DE-033877590

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2019, at 12:46 o'clock PM PST, John Sweitzer completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 28, 2019         By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President