**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    JOHN RAYMOND SWEITZER, SR. | : | |
|    CYNTHIA JANE SWEITZER | : | CHAPTER 7 |
| | : | |
| | : | |
|    DEBTORS | : | CASE NO. 19-17300-MDC |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING

    Lynn E. Feldman, Esquire has filed a Motion to Extend Time to File a Complaint Objecting to the Debtors' Discharge under F.B.R. 9006(b) and F.B.R. 4004(b).

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant the Motion to Extend Time to File a Complaint Objecting to the Debtors' Discharge under F.B.R. 9006(b) and F.B.R. 4004(b), or if you want the Court to consider your views on the Motion, then on or before **February 26, 2020** you must do <u>all</u> of the following:

    (a)    File an answer explaining your position at:

> **United States Bankruptcy Court
> Office of the Clerk, Room 103
> The Gateway Building
> 201 Penn Street, 4TH Floor
> Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant:

> Lynn E. Feldman, Esquire
> Feldman Law Offices, P.C.
> 221 N. Cedar Crest Blvd.
> Allentown, PA 18104
> Telephone No.: (610) 530-9285
> Facsimile No.: (610) 437-7011

      2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **March 11, 2020, at 12:30 p.m**. in **the United States Courthouse, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania.**

      **3.    Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

      4.    If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the Hearing has been canceled because no one filed an answer.

Date: _February 12, 2020_                  _/s/ Lynn E. Feldman, Esquire_
                                                                            LYNN E. FELDMAN, ESQUIRE
                                                                            Attorney for Debtors
                                                                            PA I.D. No. 35996
                                                                            221 N. Cedar Crest Blvd.
                                                                            Allentown, PA  18104
                                                                            (610) 530-9285