IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN RAYMOND SWEITZER, SR.
    CYNTHIA JANE SWEITZER    :    CHAPTER 7

    DEBTORS    :    CASE NO. 19-17300-MDC

### ORDER

**AND NOW,** upon the Trustee's Motion to Extend Time for Filing Complaint Objecting to Discharge.

**IT IS HEREBY ORDERED AND DECREED,** that the Trustee's Motion to Extend Time for Filing Complaint Objecting to Discharge is granted. The time for filing complaint objecting to discharge shall be extended to May 13, 2020.

_____
Magdeline D. Coleman        3/11/2020
Chief U.S. Bankruptcy Judge