```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 19-17300-mdc
John Raymond Sweitzer, SR                                           Chapter 7
Cynthia Jane Sweitzer
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore            Page 1 of 1              Date Rcvd: Mar 12, 2020
                              Form ID: pdf900            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb        +John Raymond Sweitzer, SR,    Cynthia Jane Sweitzer,    18 Dale Drive,    Oley, PA 19547-9726
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Joint Debtor Cynthia Jane Sweitzer BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Debtor John Raymond Sweitzer, SR BrianEvesLaw@gmail.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN RAYMOND SWEITZER, SR.
    CYNTHIA JANE SWEITZER      :   CHAPTER 7

              DEBTORS                   :   CASE NO. 19-17300-MDC

## ORDER

**AND NOW,** upon the Trustee's Motion to Extend Time for Filing Complaint Objecting to Discharge.

**IT IS HEREBY ORDERED AND DECREED,** that the Trustee's Motion to Extend Time for Filing Complaint Objecting to Discharge is granted. The time for filing complaint objecting to discharge shall be extended to May 13, 2020.

_Magdeline D. C_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge    3/11/2020