United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Raymond Sweitzer, SR  
Cynthia Jane Sweitzer  
      Debtors

Case No. 19-17300-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: JEGilmore    Page 1 of 1    Date Rcvd: Jun 23, 2020  
                         Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db/jdb       +John Raymond Sweitzer, SR,   Cynthia Jane Sweitzer,   18 Dale Drive,   Oley, PA 19547-9726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:  
         BRIAN C. EVES   on behalf of Joint Debtor Cynthia Jane Sweitzer BrianEvesLaw@gmail.com  
         BRIAN C. EVES   on behalf of Debtor John Raymond Sweitzer, SR BrianEvesLaw@gmail.com  
         LYNN E. FELDMAN   trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com  
         REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

John Raymond Sweitzer, SR and Cynthia Jane Sweitzer : Case No. 19−17300−pmm
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 23, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

24
Form 195